IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES FOR THE USE AND
BENEFIT OF RCI POWER AND LIGHTING, INC.,
a New Mexico Corporation,

    Plaintiff,

vs.                                                     No. 2:13-CV-000974 KG/LAM

AEGIS SECURITY INSURANCE CO.,
a Pennsylvania Corporation;

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATER having come before the Court on the Joint Motion of the parties to dismiss Defendant Aegis Security Insurance Co. with prejudice, the Court having reviewed the Motion and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE THE ORDER OF THIS COURT that RCI Power and Lighting, Inc.'s Complaint against Aegis Security Insurance Co. is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE